PEOPLE v ELAUIM

Docket No. 55377. Argued January 9, 1975 (Calendar No. 13).—Decided April 7, 1975.

James Elauim was tried in the Recorder's Court of Detroit, Elvin L. Davenport, J., and convicted of first-degree murder committed in the perpetration of a robbery. The Court of Appeals, V. J. Brennan and O'Hara, JJ. (Levin, P. J., dissenting), affirmed (Docket No. 13299). Defendant appealed to the Supreme Court, but died during pendency of the appeal. *Held:*

Upon the death of the appellant, the action is abated *ab initio,* the judgments of the courts below are vacated and the matter remanded for dismissal of the indictment.

49 Mich App 559; 212 NW2d 292 (1973) vacated.

CRIMINAL LAW—APPEAL AND ERROR—DEATH.

The death of a defendant during pendency of his appeal of conviction of a crime abates the action *ab initio,* and the judgments of the lower courts are vacated and the cause remanded for dismissal of the indictment.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Patricia J. Boyle,* Principal Attorney, Research, Training and Appeals, and *Ronald P. Weitzman,* Assistant Prosecuting Attorney, for the people.

*State Appellate Defender Office* (by *Norris J. Thomas, Jr.),* for defendant on appeal.

PER CURIAM. This is an appeal from affirmance by the Court of Appeals of defendant's conviction by a jury of first-degree murder committed in the

REFERENCE FOR POINTS IN HEADNOTE
4 Am Jur 2d, Appeal and Error §§ 279–283, 285–288.

perpetration of a robbery. MCLA 750.316; MSA 28.548. Prior to a decision of this Court, defendant died.

The judgments of the courts below are hereby ordered vacated. It is further ordered that the matter be remanded to the circuit court and that the indictment be dismissed.[1]

T. G. KAVANAGH, C. J., and T. M. KAVANAGH, SWAINSON, WILLIAMS, M. S. COLEMAN, and J. W. FITZGERALD, JJ., CONCURRED.

LEVIN, J., took no part in the decision of this case.

[1] *See Durham v United States,* 401 US 481; 91 S Ct 858; 28 L Ed 2d 200 (1971), and *Hartwell v Alaska,* 423 P2d 282 (Alas, 1967).